## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Kevin L. Hartigan, | Civil No. 07-1828 (RHK/JSM) |
| Plaintiff, | **ORDER FOR DISMISSAL** |
| v. | |
| The Northwestern Mutual Life Insurance Company, | |
| Defendant. | |

**IT IS HEREBY ORDERED**, pursuant to the Stipulation of the parties, that the above-captioned action is **DISMISSED WITH PREJUDICE** in its entirety, on the merits and without costs.

Dated: September 13, 2007

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge